IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN VICTOR BOND**                                                                   **PLAINTIFF**

**VS.**                  **CASE NO. 3:04CV00273 JMM**

**DICK BUSBY, CRITTENDEN COUNTY**
**SHERIFF, ET AL.**                                              **DEFENDANT**

**ORDER**

After a review of the complaint and pending motions, the Court finds that appointment of counsel would be helpful. The issue regarding the appointment of counsel is referred to the Magistrate Judge.

IT IS SO ORDERED this   27   day of January, 2006.

                                                         _____
                                                         James M. Moody
                                                         United States District Judge