## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**STEVEN VICTOR BOND**                                                                         **PLAINTIFF**

**VS.**                     **CASE NO. 3:04CV00273**

**DICK BUSBY, ET AL.**                                                                  **DEFENDANT**

### ORDER

Plaintiff is directed to file a response to the pending motion for summary judgment on, or before, March 17, 2006.

The jury trial scheduled for March 6, 2006 is cancelled and removed from the trial calender. All deadlines set forth in the Court's May 24, 2005 scheduling order are suspended until such time the Court has made a decision on the pending motion for summary judgment.

If the motion for summary judgment is denied, the Court will issue a scheduling order setting a new trial date with accompanying deadlines.

IT IS SO ORDERED THIS  15   day of February, 2006.

                                                                    James M. Moody
                                                                    United States District Judge