IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN VICTOR BOND**                                                 **PLAINTIFF**

**VS.**                 **CASE NO. 3:04CV00273 JMM**

**DICK BUSBY, ET AL.**                                                  **DEFENDANTS**

**ORDER**

The plaintiff was granted *in forma pauperis* status in the above styled case on September 17, 2004. Based upon this finding, the United States Marshal is directed to serve a copy of the complaint and summonses on defendant Deputy Love at the Crittenden County Detention Center at 350 AFCO Road in West Memphis, Arkansas, 72303, without prepayment of fees and costs or security therefor.[1]

IT IS SO ORDERED this   20   day of April, 2006.

James M. Moody
United States District Judge

---

[1] The plaintiff is hereby notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Moreover, the plaintiff should be aware that the rule further provides that the failure of a *pro se* plaintiff to respond to any communication from the Court within thirty (30) days may result in dismissal of the plaintiff's case. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure. Finally, a party appearing for himself shall sign all his pleadings and state his address, zip code, and telephone number.