UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN VICTOR BOND                                                                    PLAINTIFF

VS.                                    NO. 3:04CV00273 JMM

DICK BUSBY, ET AL.                                                                    DEFENDANT

ORDER

Based upon the entry of appearance filed by attorney Jeremy McNabb, the Clerk of the Court is directed to change the name of defendant A.H. Leon in the above styled case to Leon Haley.

IT IS SO ORDERED this  22  day of June, 2006.

James M. Moody
United States District Judge