IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN VICTOR BOND**                                              **PLAINTIFF**

**VS.**                          **NO. 3:04CV00273 JMM**

**DICK BUSBY, ET AL.**                                              **DEFENDANTS**

### ORDER

Pending before the Court is the Suggestion of Death and Motion to Quash Subpoena filed on behalf of Defendant Robert Cooper. The Court hereby GRANTS the motion to quash subpoena against Defendant Robert Cooper because he is deceased (#74-1).

Therefore, the subpoena for Robert Cooper is hereby quashed.

**IT IS SO ORDERED** this __10__ day of July, 2006.

_____
**James M. Moody**
**United States District Judge**