**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STEVEN VICTOR BOND**  PLAINTIFF

VS.  **CASE NO. 3:04CV00273 JMM**

**DICK BUSBY, ET AL.**  DEFENDANTS

**ORDER**

Pending before the Court is defendants' motion in which counsel for defendants Bob Bretherick, Leon Haley, Angie Watley and Doctor Patterson appears for the limited purpose of moving the Court to set aside service of process.

Plaintiff, who is *pro se* and *in forma pauperis*, provided the Court with the names of these defendants and listed their addresses as that of the Crittenden County Sheriff's Department. The Court directed the U.S. Marshal to complete service of process

Bretherick, Haley, Watley, and Patterson are no longer employed by the Crittenden County Sheriff's Department. While an *in forma pauperis* plaintiff is entitled to rely on the court officers and the U.S. Marshal to effect proper service, when a plaintiff fails to provide the Court with valid addresses for the defendants, the Court cannot meet this responsibility.

Plaintiff does not dispute that these defendants no longer work at the Crittenden County Sheriff's office. However, he contends based upon Federal Rule of Civil Procedure 5(b), that Jeremy McNabb's appearance as counsel for these defendants, qualifies McNabb to accept service for these defendants and request that the U.S. Marshal serve the summons to him.

McNabb entered an appearance for the limited purpose of setting aside the service of process and cannot be served with summons for these defendants as contemplated under Rule 5.

Because none of these defendants were properly served, the motion to set aside service as to Bretherick, Haley, Watley, and Patterson is granted (#57).

IT IS SO ORDERED THIS __10__ day of ____July____, 2006.

_____
James M. Moody
United States District Court