**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**STEVEN VICTOR BOND**                                                                                  **PLAINTIFF**

**VS.**                          **CASE NO. 3:04CV00273 JMM**

**DICK BUSBY, ET AL.**                                                                                  **DEFENDANTS**

**ORDER**

Pending before the Court is defendant Deputy Love's motion in which his counsel appears for the limited purpose of moving the Court to set aside service of process.

Plaintiff, who is *pro se* and *in forma pauperis*, provided the Court with the name of this defendant and listed his addresses as that of the Crittenden County Sheriff's Department. The Court directed the U.S. Marshal to complete service of process.

Deputy Love is no longer employed by the Crittenden County Sheriff's Department. While an *in forma pauperis* plaintiff is entitled to rely on the court officers and the U.S. Marshal to effect proper service, when a plaintiff fails to provide the Court with valid addresses for the defendants, the Court cannot meet this responsibility.

Because Deputy Love was not properly served, the motion to set aside service as to Deputy Love is granted (#83).

IT IS SO ORDERED THIS  10   day of   October  , 2006.

James M. Moody
United States District Court