IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN V. BOND                                                                                              PLAINTIFF

Vs.                              CASE NO. 3:04CV00273 JMM

DEPUTY LOVE, et al                                                                                    DEFENDANTS

### ORDER

Defendants A. Thomas, Tayler and J. Shelton having answered, the Clerk is directed to change the style of the case to indicate the correct names as indicted below.

Alan Thomas (originally sued as A. Thomas)
William Taylor (originally sued as Tayler)
J. C. Shelton (originally sued as J. Shelton)

IT IS SO ORDERED this 10th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE