IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN V. BOND                                                                                         PLAINTIFF

Vs.                               CASE NO. 3:04CV00273 JMM

DEPUTY LOVE, et al                                                                                 DEFENDANTS

ORDER

It has come to the Court's attention that more than six (6) months have passed since Plaintiff filed his motion to proceed in forma pauperis. It is the Court's policy to require a *pro se* party who is not incarcerated and was previously granted permission to proceed in forma pauperis to resubmit an application to proceed without payment of costs or fees. The Clerk is directed to send to Plaintiff an application to proceed without payment of costs or fees. Plaintiff is directed to complete and return the form to the Clerk's office for filing no later than **November 12, 2006**.

Plaintiff is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.

The Court directs Plaintiff's attention to Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas.

The Clerk of the Court is directed to serve this Order on defendant by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 10th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE