**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STEVEN VICTOR BOND**                                                                 **PLAINTIFF**

VS.                             **CASE NO. 3:04CV00273 JMM**

**DICK BUSBY, ET AL.**                                                                 **DEFENDANTS**

### ORDER

Pending before the Court is defendants Deputy Love's, Bob Bretherick's, Leon Haley's, Angie Watley's, Dr. Patterson's, J. Bonner's and James Brown's Motion to Dismiss for failure to properly serve these defendants. Plaintiff has failed to respond to the motion.

Because these defendants have not been properly served and because plaintiff has not provided good cause for the failure to serve, defendants' motion is granted (#94) and plaintiff's remaining claims against these defendants are dismissed.

IT IS SO ORDERED THIS   5   day of   January , 2007.

James M. Moody
United States District Court