UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN VICTOR BOND                                                                PLAINTIFF

VS.                              CASE NO. 3:04CV00273 JMM

DICK BUSBY, ET AL.                                                               DEFENDANTS

### ORDER

On December 8, 2006, defendants Leon Haley, J. Bonner and James Brown filed a motion to dismiss based upon improper service of process. Plaintiff failed to timely respond. After the Court granted the motion on January 5, 2007, defendant filed his response contending that he believed he could still serve Bonner and Brown at their place of employment and that he had previously served Haley at his place of employment.

Plaintiff contends that Haley is still employed by the Crittenden County Sheriff's Department even though serving with the National Guard, and that his previous June 13, 2006 service of process of Haley at the Crittenden County Sheriff''s Department amounts to proper service. Plaintiff informs the Court that he now has addresses for defendants Bonner and Brown.

The Court set aside plaintiff's June 13, 2006 service of process of Haley on July 10, 2006. The Court will construe plaintiff's response of January 8, 2007 as an attempt to reinstate that June 13, 2006 service. Plaintiff contends that Haley is, and was at the time of his attempted service, on a leave of absence from the Crittenden County Sheriff's Department. Plaintiff does not dispute Haley's contention that he is on active military duty and has not worked at the Crittenden County Sheriff's Department since October 1, 2002. Under these circumstances, the attempt at service on June 13, 2006 was insufficient and the Court will deny plaintiff's attempt to reinstate this service of process.

However, the Court will reinstate Bonner and Brown as defendants and give plaintiff an additional 20 days from the date of this Order to properly serve these defendants.

IT IS SO ORDERED THIS  11   day of   January , 2007.

_____
James M. Moody
United States District Court