IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN VICTOR BOND**     **PLAINTIFF**

VS.     **CASE NO. 3:04CV00273 JMM**

**DICK BUSBY, ET AL.**     **DEFENDANT**

### ORDER

The plaintiff was granted *in forma pauperis* status in the above styled case on September 17, 2004. Based upon this finding, the United States Marshal is directed to serve a copy of the complaint and summonses on defendants J. Bonner and James Brown at the Crittenden County Detention Center at 350 AFCO Road in West Memphis, Arkansas, 72301, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED THIS __17__ day of __January__, 2007.

James M. Moody
United States District Court