UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEVEN VICTOR BOND**                                                          **PLAINTIFF**

VS.                              NO. 3:04CV00273 JMM

**DICK BUSBY, ET AL.**                                                          **DEFENDANT**

### ORDER

Based upon the answer filed by Theresa Bonner, the Clerk of the Court is directed to change the name of defendant J. Bonner in the above styled case to Theresa Bonner.

IT IS SO ORDERED this  26  day of January, 2007.

_____
James M. Moody
United States District Judge