IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN V. BOND                                                                                      PLAINTIFF

Vs.                                      CASE NO.   3:04cv00273 JMM

THERESA BONNER, et al                                                                 DEFENDANTS

ORDER

By Order entered August 9, 2007 (docket entry #109), this case was scheduled for a court trial during the week of May 12, 2007.  The trial will begin on **Tuesday, May 13, 2008 at 10:30 a.m.**, Courtroom #324, United States Courthouse, 615 South Main, Jonesboro, Arkansas.

In the August 9th Order, the parties were directed to file the Pretrial Disclosure Sheet no later than April 11, 2008.  Because Plaintiff failed to file his Pretrial Disclosure Sheet, the only witnesses allowed will be himself and the Defendants, baring exceptional circumstance.[1]

The parties are directed to instructed that exhibits need to be pre-numbered on the exhibit list and on the exhibit.  You do not have to use all of the exhibits listed, and you do not have to use them in order.  They must be pre-numbered, however.  Any exhibit added during trial must follow the last numbered exhibit on your list.

IT IS SO ORDERED this 1st day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff is reminded that pursuant to Local Rule 5.5(c)(2), if any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.