**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**STEVEN VICTOR BOND**                                                **PLAINTIFF**

VS.                  CASE NO. 3:04CV00273 JMM

**DICK BUSBY, CRITTENDEN COUNTY**
**SHERIFF; AND JOHN AND JANE DOES, EMPLOYEES OF**
**THE CRITTENDEN COUNTY DETENTION CENTER**          **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed.

IT IS SO ORDERED this __19__ day of May, 2008.

_____
James M. Moody
United States District Judge